UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:23-HC-2203-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NOTICE OF APPEARANCE |
| PEPO HERD EL | |

Pursuant to Local Rule 44.1 (b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above-named respondent in this civil commitment matter.

Furthermore, by filing of this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

Genna D. Petre
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Email: gpetre@bop.gov

by electronically filing the foregoing with the Clerk of Court on September 21, 2023, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 21st day of September, 2023.

    G. ALAN DUBOIS
    Federal Public Defender

    /s/ Joseph H. Craven
    JOSEPH H. CRAVEN
    Assistant Federal Public Defender
    Senior Litigator
    Attorney for Defendant
    Office of the Federal Public Defender
    150 Fayetteville Street, Suite 450
    Raleigh, North Carolina 27601
    Telephone: 919-856-4236
    Fax: 919-856-4477
    E-mail: Joseph_Craven@fd.org
    N.C. State Bar No. 26116
    LR 57.1 Counsel Appointed